**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SANDRA MOORE,**
**Administrator of the Estate of**
**James A. White,**

**Plaintiff,**

**v.**

**TEDD E. FRAZIER, *et al.*,**

**Defendants.**

**Case No. 2:21-cv-4134**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

**ORDER**

This matter is before the Court on the Joint Motion to Dismiss filed by Plaintiff and Defendants Brittany Remines, Becky Newport, and Premier Health Care Services, Inc. (collectively, the "Settling Parties"). (ECF No. 166.) The Settling Parties represent that they have fully resolved Plaintiff's claims pursuant to a settlement agreement and ask the Court to dismiss those claims with prejudice and retain jurisdiction to enforce their agreement. (*Id.*) They also ask that the Court enter final judgment in favor of several non-moving Defendants consistent with the Court's May 2024 Opinion and Order granting those Defendants' Motion for Summary Judgment. (ECF No. 126.)

For good cause shown, the Court **GRANTS** the Joint Motion to Dismiss (ECF No. 166). Plaintiff's claims against Defendants Brittany Remines, Becky Newport, and Premier Health Care Services, Inc. are hereby **DISMISSED with prejudice**.

The Court expressly and explicitly retains jurisdiction to enforce the Settling Parties' settlement agreement.

As to the remaining, non-moving Defendants, the Clerk is **DIRECTED** to enter judgment in their favor in accordance with the Court's prior Opinion and Order (ECF No. 126). The Clerk is further **DIRECTED** to **TERMINATE** this case from the docket of the United States District Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**